UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §

REBECCA F. HAGAN § Case No. 18-40131
 Chapter 13
 §
 Debtor(s).

## Notice Of Final Cure Payment

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Linda B. Gore, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: HOME POINT FINANCIAL CORPORATION

Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 4209 | $-0- | $-0- (Direct Pay) | $-0- |

| Total Amount Paid by Trustee | | | | $-0- |
|---|---|---|---|---|

Monthly ongoing Mortgage Payment:

Mortgage is Paid:

____Through the Chapter 13 Conduit       __X__ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322 (b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Prepared this the 15 day of March, 2021.

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was mailed first class postage prepaid to the following:

REBECCA F. HAGAN
204 ANNISTON DRIVE
SYLACAUGA. AL 35150

HOME POINT FINANCIAL CORPORATION
11511 LUNA ROAD SUITE 300
FARMERS BRANCH TX 75234

HOME POINT FINANCIAL CORPORATION
P O BOX 790309
ST. LOUIS, MO 63179

D. ANTHONY SOTTILE
Authorized Agent for Creditor
394 Wards Corner Road Suite 180
Loveland, OH 45140

and served via electronic case management to:

LEROY A. COBB, ESQ.
Attorney for Debtors
P O BOX 3905
OXFORD, AL 36203
cobblawfirm@gmail.com

On this the 15 day of March 2021.

_____
Linda B. Gore
Chapter 13 Trustee
P. O. Box 1338
Gadsden, AL 35902-1338
(256) 546-9262